**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6151**

---

ANTHONY RUMONT ROBERTS,

                Plaintiff - Appellant,

     versus

CAPTAIN MASSIE; S. E. SCOTT, Sergeant,

                Defendants - Appellees,

     and

L. M. SAUNDERS, Warden,

                Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James C. Turk, Senior District Judge. (CA-02-808-7)

---

Submitted: March 6, 2003         Decided: March 17, 2003

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony Rumont Roberts, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Rumont Roberts appeals the district court's order granting his motion for reconsideration but dismissing his 42 U.S.C. § 1983 (2000) complaint pursuant to 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's order and agree that Roberts' complaint fails to state a claim. Accordingly, we dismiss the appeal on the reasoning of the district court. See Roberts v. Massie, No. CA-02-808-7 (W.D. Va. Jan. 10, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED